UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Valassis Communications,
Incorporated,

                Plaintiff(s),

v.                                    Case No. 2:13–cv–14654–AJT–PJK
                                    Hon. Arthur J. Tarnow

News Corporation, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Dismiss – #22

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Paul J. Komives *without* oral argument.

- REPLY DUE: March 14, 2014

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K. Doaks
                                                          Case Manager

Dated: March 11, 2014