UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VALASSIS COMMUNICATIONS, INC.,<br><br>        Plaintiff,<br>v.<br><br>NEWS CORPORATION,<br>NEWS AMERICA MARKETING, a/k/a NEWS AMERICA INCORPORATED, a/k/a NEWS AMERICA MARKETING GROUP;<br>NEWS AMERICA MARKETING FSI, LLC, a/k/a NEWS AMERICA MARKETING FSI, INC.; and<br>NEWS AMERICA MARKETING IN-STORE SERVICES, LLC, a/k/a NEWS AMERICA MARKETING IN-STORE SERVICES, INC.<br><br>        Defendants. | Case No. 2:13-cv-14654-AJT-PJK<br><br>HON. ARTHUR J. TARNOW<br>MAG. PAUL J. KOMIVES<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE AND PAGE LMITS** |

On December 16, 2013, Defendants requested an *ex parte* an order authorizing a 50-page brief in support of their motion to dismiss the Complaint [ECF No. 20].

On December 17, 2013, the Court granted Defendants' *ex parte* request. In addition to granting Defendants leave to file a 50-page brief, the order allowed Plaintiff to file a 50-page response brief. [ECF No. 21.] In its Order, the Court

noted that "complex questions of federal antitrust law are at issue in this case and merit a comprehensive discussion." (*Id.*)

Both Defendants' brief and Plaintiff's response were 50 pages in length. [ECF No. 24.]

On March 6, 2014, Defendants requested that Valassis stipulate to a request that Defendants be permitted to file a reply brief in support of their motion to dismiss that exceeds the seven page limit provided in E.D. Mich. L. Civ. R. 7.1(d)(3).

Valassis agreed that it would consent to Defendants' request to file a 25-page Reply, provided that, if the Court permitted the extra pages, Valassis be afforded the opportunity to file a Sur-reply brief.

Defendants may file a 25-page Reply on or before Friday, March 14, 2014, and that Plaintiff may file a 15-page Sur-reply on or before Friday, March 28, 2014.

**SO STIPULATED.**

*/s/ A. Michael Palizzi (w/consent)*         */s/ David F. DuMouchel*
A. Michael Palizzi (P47262)                  David F. DuMouchel (P25658)
*Attorney for Valassis Commc'ns, Inc.*       *Attorney for Defendants*

# **ORDER**

**IT IS HEREBY ORDERED** that Defendants 25-page Reply Brief filed on March 14, 2014 is accepted by the Court. Plaintiff may file a 15-page Sur-reply on or before Friday, April 4, 2014. The Court extended the deadline date for the filing of the Sur-reply. Any future requests for additional briefs will not be allowed by the Court.

Date: March 21, 2014                                s/Paul J. Komives
                                                    PAUL J. KOMIVES
                                                    United States Magistrate Judge